UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI MORA, | Case No. 1:22-cv-00074-ADA-CDB (SS) |
| Petitioner, | ORDER ON STIPULATION EXTENDING TIME TO FILE PETITIONER'S REPLY BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 23) |
| Respondent. | |

Petitioner Araceli Mora ("Petitioner") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Petitioner's claim for disability benefits under the Social Security Act. (ECF No. 1). On December 1, 2022, the parties filed a stipulation requesting Petitioner be provided an extension of time to file a reply brief. (ECF No. 23). Based on the parties' representations in the stipulation, the Court finds good cause exists to grant an extension. Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED, Petitioner shall have until January 9, 2023, to file and serve on Respondent her reply brief.

IT IS SO ORDERED.

Dated:   **December 2, 2022**

UNITED STATES MAGISTRATE JUDGE