1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    ARACELI MORA,

                                              Case No. 1:22-cv-00074-TLN-CDB (SS)
12              Plaintiff,

13        v.                                  **ORDER**

14    COMMISSIONER OF SOCIAL
      SECURITY,
15

             Defendants.
16

17        Plaintiff Araceli Mora ("Plaintiff") filed the instant action seeking review of a final

18    decision of the Commissioner of Social Security to deny her application for disability benefits

19    under the Social Security Act.  On June 12, 2025, the magistrate judge issued findings and

20    recommendations to deny Plaintiff's Motion for Summary Judgment, (ECF No. 18), and affirm

21    the Commissioner of Social Security's decision denying Plaintiff benefits.  (ECF No. 31.)

22    Specifically, the magistrate judge concluded (1) the administrative law judge ("ALJ") provided

23    clear and convincing reasons for discounting Plaintiff's testimony and those reasons were

24    supported by substantial evidence; and (2) the ALJ did not err in considering the vocational

25    expert's testimony at step five of the sequential analysis.  (*Id.* at 6–18).  The findings and

26    recommendations contained notice that objections were to be filed within fourteen days.  (*Id.* at

27    18.)  Plaintiff timely filed objections on June 26, 2025 (ECF No. 32), and Defendant timely

28    responded to the objections on July 10, 2025 (ECF No. 33).

In her objections, Plaintiff renews her argument that "the ALJ committed harmful legal error by failing to provide the requisite 'clear and convincing' reasons" to reject her testimony. (ECF No. 32 at 2).  Plaintiff specifically argues the magistrate judge's decision is contrary to Ninth Circuit precedent establishing that "'general findings' do not constitute the requisite 'clear and convincing' evidence to discredit a claimant's testimony when the reviewing Court is required to 'comb through' the administrative record to 'draw reasonable inferences from the ALJ's summary of the evidence,' notably regarding the issue of 'evidence of improvement.'"  (*Id.* at 3.)  Plaintiff also renews her argument that the ALJ failed to identify an apparent conflict between the vocational expert's testimony and the Dictionary of Occupational Titles.  (*Id.* at 11-13).  However, Plaintiff did not specifically engage with the magistrate judge's analysis on this issue.  (*See id.*).

In response, the Commissioner argues Plaintiff "merely reiterates her arguments for an alternative view of the record in which greater mental limitations would be warranted" and asks that the Court adopt the magistrate judge's recommendation.  (ECF No. 33 at 2.)

The Court agrees with the Commissioner and finds Plaintiff primarily recycles her prior arguments in her objections.  Moreover, after carefully reviewing the entire file, including Plaintiff's objections and Defendant's response, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 12, 2025, (ECF No. 31), are adopted in full;

2. Plaintiff's motion for summary judgment, (ECF No. 18), is DENIED;

3. The decision of the Commissioner of Social Security is AFFIRMED; and

4. The Clerk of the Court is directed to enter judgment in favor of the Commissioner of Social Security and close this case.

Date: August 8, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2